# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOHN J. LUKAS,

        Petitioner,

   v.

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-429-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/4/09
_____
Date